GREGOR MACGREGOR FRAME and Another, a Copartnership, etc., Appellants, v.

E. GREENFIELD'S SONS, a Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.